# United States District Court **RETURN**

FILED
MIDDLE DIST. OF LA.

**Middle** DISTRICT OF **Louisiana**

01 JAN -5 PM 1:0(?)

by DEPUTY CLERK

Kiki Ikossi-Anastasiou, Ph.D.,
5712 Evergreen Knoll Ct.
Alexandria, VA 22303

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-883-C-3

V.

Board of Supervisors of Louisiana
State University and Agricultural
and Mechanical College a.k.a.
Louisiana State University, Baton
Rouge Campus

TO: (Name and address of defendant)

Dr. Daniel Fogel, Executive Vice
Chancellor and Provost
Louisiana State University
146 Thomas Boyd Hall
Baton Rouge, LA 70803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Kiki Ikossi-Anastasiou, Ph.D.,
5712 Evergreen Knoll Ct.
Alexandria, VA 22303

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE TALAMO

_____
CLERK

_[signature]_
(BY) DEPUTY CLERK

NOV 27 2000
_____
DATE

| INITIALS | DOCKET# |
|---|---|
| nml | 3 |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1/4/01 |
| NAME OF SERVER (PRINT) Kermit W. Smith | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copy with Mindy Moore Secretary per Tim Fernandez assistant to Jim Fogel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/01
_Date_

_Signature of Server_ Kermit W. Smith

_Address of Server_ 1038 Main St. Baton Rouge, La. 70802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.