UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIKI IKOSSI-ANASTASIOU

CIVIL ACTION NO. 3:00-cv-00883

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND
AGRICULTURAL AND
MECHANICAL
COLLEGE a.k.a LOUISIANA
STATE
UNIVERSITY, BATON ROUGE
CAMPUS

JUDGE TYSON

MAGISTRATE JUDGE DALBY

## ORDER

IT IS ORDERED that Troy D. Jackson be withdrawn as attorney of record for Kiki Ikossi regarding the captioned matter.

Order signed at Baton Rouge, Louisiana on April 6, 2006.

_____
Magistrate Judge Dalby, United States District Court